05/19/2023 09:59:29am

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ProTech Fire & Security, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _2_ _6_ – _0_ _5_ _0_ _2_ _6_ _5_ _5_ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **15353 Village Pkwy East**<br>Number    Street | _____<br>Number    Street |
| _____ | P.O. Box |
| **Houston**          **TX**   **77032**<br>City          State   ZIP Code | _____<br>City          State   ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____<br>City          State   ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.protechfs.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor **ProTech Fire & Security, LLC**                              Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | *A. Check one:* |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

*B. Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____ ____ ____ ____

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **ProTech Fire & Security, LLC** _____  Case number (if known) _____

| | | | |
|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ | No |
| | | ☐ | Yes. District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |
| | If more than 2 cases, attach a separate list. | | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |
| | | | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |

| | | | |
|---|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ | No |
| | | ☐ | Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | | District _____ When _____ |
| | | | MM / DD / YYYY |
| | | | Case number, if known _____ |
| | | | |
| | | | Debtor _____ Relationship _____ |
| | | | District _____ When _____ |
| | | | MM / DD / YYYY |
| | | | Case number, if known _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in _this district_?** | _Check all that apply:_ |
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **ProTech Fire & Security, LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?**  *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>  Number     Street<br><br>  _____<br><br>  _____<br>  City                                State        ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

---

## ■ Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14.** | **Estimated number of creditors** |
|---|---|

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| **15.** | **Estimated assets** |
|---|---|

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16.** | **Estimated liabilities** |
|---|---|

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **ProTech Fire & Security, LLC**                                              Case number (if known) _____

<table><tr><td style="background:black;color:white;">      </td><td>**Request for Relief, Declaration, and Signatures**</td></tr></table>

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/19/2023**
              MM / DD / YYYY

X  **/s/ Garrett Steiger**
   Signature of authorized representative of debtor
   **Garrett Steiger**
   Printed name
   **President**
   Title

**18. Signature of attorney**

X  **/s/ Julie M. Koenig**                                    Date  **05/19/2023**
   Signature of attorney for debtor                                    MM / DD / YYYY

   **Julie M. Koenig**
   Printed name
   **Cooper & Scully, P.C.**
   Firm name
   **815 Walker St.**
   Number     Street
   **Suite 1040**

   **Houston**                                    **TX**     **77002**
   City                                                State    ZIP Code

   **(713) 236-6800**                                    **julie.koenig@cooperscully.com**
   Contact phone                                        Email address
   **14217300**                                        **TX**
   Bar number                                        State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

Debtor name  **ProTech Fire & Security, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                        **Current value of debtor's interest**

2. **Cash on hand**                                                                                         **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.1. | Checking account- Wells Fargo | Checking account | 8 | 9 | 3 | 7 | $0.00 |
| 3.2. | Savings account- Wells Fargo | Savings account | 0 | 8 | 2 | 9 | ($9.84) |
| 3.3. | Checking account- Veritex | Checking account | 8 | 9 | 7 | 3 | $32,751.90 |

4. **Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$32,742.06**

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

05/19/2023 09:59:32am

Debtor  **ProTech Fire & Security, LLC**                                    Case number (if known) _____
           Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.  Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.  Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.                                    $0.00

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                           Current value of
                                                                           debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:    **$234,498.92**  –  **$117,249.46**  = ············· →  $117,249.46
                              face amount         doubtful or uncollectible accounts

11b.  Over 90 days old:       **$152,533.49**  –  **$122,026.79**  = ············· →  $30,506.70
                              face amount         doubtful or uncollectible accounts

**12.  Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.              $147,756.16

## Part 4:  Investments

**13.  Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

       Name of entity:                           % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

       Describe:

**17.  Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                                 $0.00

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

05/19/2023 09:59:32am

Debtor   **ProTech Fire & Security, LLC**                                    Case number (if known) _____
      Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
|    **See Exhibit A** | 05/15/2023 | | Facebook Marketplace | $11,641.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.
$11,641.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.
$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor    __ProTech Fire & Security, LLC__            Case number (if known) _____
          Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture and Computers- See Exhibit B | | Facebook Marketplace | $4,665.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$4,665.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2018 Ford F150 Crew Cab XL** <br> **149,505 miles** | | NADA | $18,700.00 |
| 47.2. **2021 Dodge Ram 1500 Crew Cab TRX** <br> **77,714 miles** | | NADA | $75,225.00 |
| 47.3. **2022 Jeep Wagoneer Series III 4x2** | | NADA | $65,000.00 |
| 47.4. **2018 Ford F150 Crew Cab XL** <br> **158,883 miles** | | NADA | $18,000.00 |
| 47.5. **2020 Ford Explorer ST** <br> **62,500 miles** | | NADA | $37,700.00 |

05/19/2023 09:59:32am

Debtor   **ProTech Fire & Security, LLC**                                        Case number (if known) _____
         Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

| | | | |
|---|---|---|---|
| Water Dispenser | | | $0.00 |
| 4 Scissor Lifts- See Exhibit C | | Facebook Marketplace | $42,500.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $257,125.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☒ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

    | $0.00 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☒ Yes.  Fill in the information below.

Debtor  **ProTech Fire & Security, LLC**                                Case number (if known) _____
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
|     **www.protechfs.com** | | | **$0.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| **$0.00** |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 11:**   **All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
|   Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
|   Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
|   **El Dorado Insurance Agency, Inc- Commercial Umbrella Liability Premium** | **$0.00** |
|   **Tapco- Business Property Insurance** | **$0.00** |
|   **El Dorado Insurance Agency, Inc- Fire Protection General Liability** | **$0.00** |
|   **Commercial Edge Utica National Insurance Group Auto Insurance** | **$0.00** |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor   **ProTech Fire & Security, LLC**         Case number (if known) _____
           Name

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.         **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $32,742.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $147,756.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,641.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,665.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $257,125.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $453,929.22 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................    **$453,929.22**

05/19/2023 09:59:34am

---

**Fill in this information to identify the case:**

Debtor name      **ProTech Fire & Security, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☑  Yes. Fill in all of the information below.

---

**Part 1:       List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

| **2.1** | Creditor's name<br>**Ally Financial** | Describe debtor's property that is<br>subject to a lien<br>**2021 Dodge Ram 1500** | $72,928.50 | $75,225.00 |
|---|---|---|---|---|

Creditor's mailing address
**P.O. Box 9001948**

**Describe the lien**
**Auto**

**Louisville            KY    40290-1948**

**Is the creditor an insider or related party?**
☑  No
☐  Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑  No
☐  Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number                          4    9    9    6

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐  Contingent
☐  Unliquidated
☐  Disputed

☐  No
☑  Yes. Specify each creditor, including this
creditor, and its relative priority.

**1) Ally Financial; 2) US Small Business Administration; 3) US Small Business Administration.**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**                                                        $829,791.24

---

05/19/2023 09:59:34am

Debtor   **ProTech Fire & Security, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.2** Creditor's name
**Chrysler Captial**

Creditor's mailing address
**P.O. Box 660335**

_____

**Dallas                TX    75266**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          **7   5   1   8**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**2022 Jeep Wagoneer Series III 4x2**

Describe the lien
**Auto**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$85,031.44          $65,000.00

**1) US Small Business Administration; 2) US Small Business Administration; 3) Chrysler Captial.**

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.3** Creditor's name
**Ford Credit**

Creditor's mailing address
**P.O. Box 650575**

_____

**Dallas                TX    75265-0575**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          **E   X   P   L**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**2020 Ford Explorer ST**

Describe the lien
**Auto**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,694.94          $37,700.00

**1) Ford Credit; 2) US Small Business Administration; 3) US Small Business Administration.**

☐ Yes.  The relative priority of creditors is
specified on lines _____

05/19/2023 09:59:34am

Debtor   **ProTech Fire & Security, LLC**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.4**

| Creditor's name | Describe debtor's property that is | $0.00 | $0.00 |
|---|---|---|---|
| **PHSI Pure Water Finance** | **subject to a lien** | | |

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Water Dispenser**

**475 Half Day Rd**

**Ste. 450**

**Describe the lien**

**Business Expense**

_____

**Lincolnshire          IL      60069**

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Date debt was incurred    _____

**Is anyone else liable on this claim?**

☑ No

Last 4 digits of account
number              **2   1   6   8**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No

☐ Contingent

☐ Yes.  Have you already specified the
relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

05/19/2023 09:59:34am

Debtor   **ProTech Fire & Security, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.5**

| Creditor's name<br>**US Small Business Administration** | Describe debtor's property that is<br>subject to a lien | $500,000.00 | $453,929.22 |
|---|---|---|---|

Creditor's mailing address
**14925 Kingsport Rd** _____

**Blanket Lien**

_____

**Describe the lien**

_____

**Loan**

**Fort Worth          TX    76155**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**

☑ No

Last 4 digits of account
number              **8   1   0   7**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent

☐ No

☐ Unliquidated

☑ Yes.  Have you already specified the
relative priority?

☐ Disputed

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**For Cash on Hand: 1) US Small Business Administration; 2) US Small Business Administration.  For Checking account-Veritex : 1) US Small Business Administration; 2) US Small Business Administration.  For Checking account- Wells Fargo: 1) US Small Business Administration; 2) US Small Business Administration.  For Savings account- Wells Fargo: 1) US Small Business Administration; 2) US Small Business Administration.  For Account Receivables: 1) US Small Business Administration; 2) US Small Business Administration.  For See Exhibit A: 1) US Small Business Administration; 2) US Small Business Administration.  For Office Furniture and Computers- See Exhibit B: 1) US Small Business Administration; 2) US Small Business Administration.  For 2018 Ford F150 Crew Cab XL 158,883 miles: 1) US Small Business Administration; 2) US Small Business Administration.  For 2018 Ford F150 Crew Cab XL  149,505 miles : 1) US Small Business Administration; 2) US Small Business Administration.  For 2020 Ford Explorer ST 62,500 miles : See 2.3.  For 2021 Dodge Ram 1500 Crew Cab TRX 77,714 miles : See 2.1.  For 2022 Jeep Wagoneer Series III 4x2 : See 2.2.  For 4 Scissor Lifts- See Exhibit C: 1) US Small Business Administration; 2) US Small Business Administration.  For www.protechfs.com: 1) US Small Business Administration; 2) US Small Business Administration.**

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor   **ProTech Fire & Security, LLC**　　　　　　　　　　　Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

| **2.6** | Creditor's name<br>**US Small Business Administration** | Describe debtor's property that is<br>subject to a lien | $139,136.36 | $453,929.22 |
|---|---|---|---|---|

Creditor's mailing address
**14925 Kingsport Rd**

_____

_____

**Fort Worth           TX   76155**

Creditor's email address, if known

_____

Date debt was incurred　　_____

Last 4 digits of account
number　　　　　**8   2   0   2**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

　　☐ No.  Specify each creditor, including this
　　creditor, and its relative priority.

　　☑ Yes.  The relative priority of creditors is
　　specified on lines **2.1, 2.2, 2.3, 2.5**

---

**Describe debtor's property that is
subject to a lien**

**Blanket Lien**

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>ProTech Fire & Security, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Comptroller of Public Accounts**

**P.O. Box 149348**

**Austin**          **TX      78714-9348**

Date or dates debt was incurred

Last 4 digits of account
number    **0   9   0   9**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$74,528.77**    Priority amount: **$74,528.77**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**1919 Smith St.**

**Stop 5024 HOU**

**Houston**          **TX      77002**

Date or dates debt was incurred

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

Debtor   **ProTech Fire & Security, LLC**                         Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.3**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Insolvency Department**

**PO Box 7346**

_____

**Philadelphia              PA       19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number            ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**     Priority amount **$0.00**

**2.4**   Priority creditor's name and mailing address

**Internal Revenue Service**

**STOP 6692 AUSC**

_____

_____

**Austin                    TX       73301-0030**

Date or dates debt was incurred

_____

Last 4 digits of account
number            ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**     Priority amount **$0.00**

05/19/2023 09:59:36am

Debtor   **ProTech Fire & Security, LLC** _____   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured
claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,738.15** |
|---|---|---|---|

**Accu-Tech**

**P.O Box 840781**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX        75284**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     **5   0   7   1**

☑ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,000.15** |
|---|---|---|---|

**ACT Pipe & Supply, Inc.**

**6900 W. Sam Houston Pkwy N.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX        77041**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     **9   9   2   8**

☑ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,674.38** |
|---|---|---|---|

**ADI**

**P.O BOX 731340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX        75373-1340**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     **5   3   0   2**

☑ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,990.00** |
|---|---|---|---|

**Advantage Interests Inc**

**7840 W Little York Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX        77032**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

Debtor **ProTech Fire & Security, LLC** _____  Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | **Nonpriority creditor's name and mailing address** |

**AEGIS Life Safety, LLC.**

**2934 Cherry Mill Court**

_____

**Houston                    TX      77059**

Date or dates debt was incurred _____

Last 4 digits of account number   0   9   3   6

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$38,400.00**

| 3.6 | **Nonpriority creditor's name and mailing address** |

**AFA Systems, Inc.**

**4719 Ingersoll St.**

_____

**Houston                    TX      77027**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,308.82**

| 3.7 | **Nonpriority creditor's name and mailing address** |

**AFP Alarm & Detection LP**

**2003 Mykawa Rd.**

_____

**Pearland                    TX      77581**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,980.57**

| 3.8 | **Nonpriority creditor's name and mailing address** |

**Alarmax**

**350 W. 38th St.**

_____

**Houston                    TX      77018**

Date or dates debt was incurred _____

Last 4 digits of account number   2   3   8   7

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,119.75**

Debtor   __**ProTech Fire & Security, LLC**__          Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.9 | Nonpriority creditor's name and mailing address |
| --- | --- |

__**Ameripipe Supply, Inc**__

__**8828 Meldrum Ln**__

__Houston                    TX      77075__

Date or dates debt was incurred   _____

Last 4 digits of account number      0   3   4   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Business Account__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$11,927.08**

---

| 3.10 | Nonpriority creditor's name and mailing address |
| --- | --- |

__**ARGCO**__

__**PO Box 1899**__

__Vista                        CA      92085-1899__

Date or dates debt was incurred   _____

Last 4 digits of account number      9   3   5   9

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Business Account__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,228.86**

---

| 3.11 | Nonpriority creditor's name and mailing address |
| --- | --- |

__**Ark Fire Services**__

__**9906 Channel Set Way**__

__Rosharon                 TX      77583__

Date or dates debt was incurred   _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Business Account__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,000.00**

---

| 3.12 | Nonpriority creditor's name and mailing address |
| --- | --- |

__**Core&Main**__

__**5805 Thomas Rd**__

__Houston                    TX      77041__

Date or dates debt was incurred   _____

Last 4 digits of account number      3   5   2   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Business Account__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$4,308.77**

---

Debtor __**ProTech Fire & Security, LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dell Financial Services**
**PO Box 5275**

**Carol Stream**          IL    **60197-5275**

Basis for the claim:
**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **9   6   7   6**

**$7,352.53**

| 3.14 | Nonpriority creditor's name and mailing address |
As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DMP**
**P.O BOX 871000**

**Kansas City**          MO    **64187-1000**

Basis for the claim:
**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **H   O   U   S**

**$4,654.68**

| 3.15 | Nonpriority creditor's name and mailing address |
As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Elliott Electric Supply**
**2526 North Stallings Dr. P.O. Box 630610**

**Nacogdoches**          TX    **75963-0610**

Basis for the claim:
**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1   0   4   2**

**$5,397.91**

| 3.16 | Nonpriority creditor's name and mailing address |
As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Ely's Professional Cleaning Service**
**30010 Turriff Circle**

**Magnolia**          TX    **77354**

Basis for the claim:
**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**$1,320.00**

Debtor __ProTech Fire & Security, LLC_____  Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

__EST - Edwards__

__P.O BOX 90370__

__CHICAGO__                    IL    __60696-0370__

Date or dates debt was incurred    _____

Last 4 digits of account number      4   5   7   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Account__

Is the claim subject to offset?
☑ No
☐ Yes

**$101,437.77**

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

__FedEx__

__P.O Box 660481__

__Dallas__                    TX    __75266-0481__

Date or dates debt was incurred    _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Account__

Is the claim subject to offset?
☑ No
☐ Yes

**$23.51**

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

__Fort Bend County Toll Road Authority__

__P.O. Box 622002__

__Dallas__                    TX    __75262-2002__

Date or dates debt was incurred    _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Account__

Is the claim subject to offset?
☑ No
☐ Yes

**$3,402.11**

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

__Genetec__

__2280 Alred-Nobel Blvd__

__Montreal, QC H4S 2A4, Canada__

Date or dates debt was incurred    _____

Last 4 digits of account number      6   7   4   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Account__

Is the claim subject to offset?
☑ No
☐ Yes

**$11,308.00**

| Debtor | **ProTech Fire & Security, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**    Nonpriority creditor's name and mailing address

German & Cohn, P.C.

745 Heights Blvd.

Houston                    TX      77007

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$7,620.00**

---

**3.22**    Nonpriority creditor's name and mailing address

HCTRA EZ TAG

PO Box 4440 Dept 8

Houston                    TX      77210-4440

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,225.59**

---

**3.23**    Nonpriority creditor's name and mailing address

Itria Ventures, LLC

One Penn Plaza

Suite 3101

New York                   NY      10119

Date or dates debt was incurred

Last 4 digits of account number    5   1   9   3

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    **Unauthorized Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$268,923.43**

---

**3.24**    Nonpriority creditor's name and mailing address

Knight Security

P.O. Box 543292

Dallas                     TX      75354

Date or dates debt was incurred

Last 4 digits of account number    1   0   2   4

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$672.73**

---

| Debtor | **ProTech Fire & Security, LLC** | Case number (if known) | |
|--------|----------------------------------|------------------------|--|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

**Linebarger Goggan Blair & Sampson, LLP**

**4828 Loop Central Drive Suite 600**

**Houston                     TX      77081**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,605.51

**3.26** Nonpriority creditor's name and mailing address

**Lone Star System Supply**

**4601 S Pinemont Dr. Suite 100**

**Houston                     TX      77041**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

$70,082.98

**3.27** Nonpriority creditor's name and mailing address

**Lowes Home Improvement Store**

**P.O Box 965054**

**Orlando                     FL      32896-5054**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

$1,641.08

**3.28** Nonpriority creditor's name and mailing address

**Nova 401(k) Associates**

**10777 Northwest Frwy Suite 440**

**Houston                     TX      77092**

Date or dates debt was incurred

Last 4 digits of account number _2_ _9_ _4_ _6_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

$125.00

Debtor     **ProTech Fire & Security, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$385.29** |
|---|---|---|---|

**PennCredit Corp**

**2800 Commerce Drive P.O Box 69703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Account**

**Harrisburg**              **PA**      **17106-9703**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3   3   0   9**

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,469.10** |
|---|---|---|---|

**PierConSolutions**

**63 Beaver Brook Rd Suite 201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Account**

**Lincoln Park**              **NJ**      **07035**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,991.49** |
|---|---|---|---|

**Reliable**

**P.O. Box 28095**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Account**

**New York**              **NY**      **10087-8095**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3   6   5   1**

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,116.56** |
|---|---|---|---|

**RingCentral**

**P.O. Box 734232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Account**

**Dallas**              **TX**      **75373**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5   0   2   0**

---

05/19/2023 09:59:36am

Debtor   **ProTech Fire & Security, LLC**                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,790.78 |
|---|---|---|---|

**ScanSource**

**PO Box 730987**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                      **TX**      **75373-0987**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **0   2   2   5**

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,010.61 |
|---|---|---|---|

**SDS**

**9777 W Gulf Bank Rd Suite 15**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                      **TX**      **77040**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **0   3   0   6**

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,130.00 |
|---|---|---|---|

**Specialty Fire Services**

**8527 Sagestone Ct**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                      **TX**      **77095**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __  __  __  __

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,345.00 |
|---|---|---|---|

**Standard Fire Solutions, LLC.**

**15010 Breezy Forest Lane**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Cypress**                      **TX**      **77433**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __  __  __  __

Debtor   __**ProTech Fire & Security, LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,574.58**

__Summit Alarm Systems, Inc._____

__8950 Westpark Dr Ste 104_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Houston_____ **TX**___ __77063-5556__

**Basis for the claim:**
__Business Account_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$54,235.83**

__Sunbelt Rentals_____

__PO Box 409211_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Atlanta_____ **GA**___ __30384-9211__

**Basis for the claim:**
_____

Date or dates debt was incurred _____

Last 4 digits of account number __7_ _3_ _2_ _5_

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$4,902.52**

__Telular Corporation_____

__P.O. Box 74007421_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Chicago_____ **IL**___ __60674-7421__

**Basis for the claim:**
__Business Account_____

Date or dates debt was incurred _____

Last 4 digits of account number __7_ _3_ _8_ _6_

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$18,210.00**

__The Rosenblatt Law Firm, P.C._____

__16719 Huebner Rd. Bldg 1_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__San Antonio_____ **TX**___ __78248_____

**Basis for the claim:**
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **ProTech Fire & Security, LLC** | | Case number (if known) | |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

<div align="right">Amount of claim</div>

---

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Thomas Dunkel Law, PLLC**

**c/o Chad M. Webb**

**2600 South Shore Blvd**

**Ste. 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **League City** | **TX** | **77573** |

Basis for the claim: **Lawsuit**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **0   7   1   8**

---

| **3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,028.52** |

**United Rentals**

**P.O. Box 840514**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75284-0514** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **8   2   7   1**

---

| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,855.04** |

**Veritex Community Bank**

**8214 Westchester Drive**

**Suite 800**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75225** |

Basis for the claim: **PPP Loan**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **6   4   5   0**

---

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$848.15** |

**Victory Fire & Gas Inc**

**1713 Lewis St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Bay City** | **MI** | **48706** |

Basis for the claim: **Business Account**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

05/19/2023 09:59:36am

Debtor   **ProTech Fire & Security, LLC**                    Case number (if known)

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,828.73 |

**Viking SupplyNet**

**6911 Fairbanks N. Houston Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**    **77040**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **2   1   4   4**

☑ No
☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $28,631.02 |

**Wells Fargo Business Card**

**PO Box 54349 Pmt Remittance Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles**                    **CA**    **90054-0349**

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

Debtor __**ProTech Fire & Security, LLC**__ Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 ATTORNEY GENERAL<br>TAX DIV. - BANKRUPTCY<br>POB 12548<br><br>AUSTIN    TX    78711 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.2 Attorney General<br>Department of Justice<br>10th and Constitution Ave N.W.<br>Rm. 400<br>Washington    DC    20530 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.3 BJMC Properties<br>28833 Lake Side Green<br><br>Magnolia    TX    77355 | Line _____<br>☑ Not listed. Explain:<br>**Rental Lease** | __ __ __ __ |
| 4.4 Corporation Service Company<br>PO Box 2576<br><br>Springfield    IL    62708 | Line __3.23__<br>☐ Not listed. Explain: | 3 8 8 7 |
| 4.5 Harris County<br>c/o John Dillman<br>PO Box3064<br><br>Houston    TX    77253-3064 | Line _____<br>☑ Not listed. Explain:<br>**TAXES** | __ __ __ __ |
| 4.6 HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br><br>HOUSTON    TX    77253-3064 | Line _____<br>☑ Not listed. Explain:<br>**Taxes** | __ __ __ __ |

Debtor   **ProTech Fire & Security, LLC**                               Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | IRS<br>8701 S. GESSNER<br><br>HOUSTON          TX     77074 | Line _____<br>☑ Not listed.  Explain:<br>**TAXES** | __ __ __ __ |
| 4.8 | IRS<br>PO BOX 149047<br><br>AUSTIN            TX     78714 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.9 | Jonathan Gitlin<br>1 Penn Plaza<br>45th Floor<br><br>New York          NY     10119 | Line   **3.23**<br>☐ Not listed.  Explain: | **2   6   5   5** |
| 4.10 | Kasowitz Benson Torres LLP<br>1415 Louisiana St<br>Suite 2100<br><br>Houston          TX     77002 | Line   **3.23**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.11 | Murray Lobb PLLC<br>2200 Space Park Drive<br>Ste. 350<br><br>Houston          TX     77058 | Line   **3.5**<br>☐ Not listed.  Explain: | **0   9   3   6** |
| 4.12 | SECURITIES AND EXCHANGE<br>COMMISSION<br>450 FIFTH STREET NW<br><br>WASHINGTON          DC     20549 | Line _____<br>☑ Not listed.  Explain:<br>**NOTICE ONLY** | __ __ __ __ |
| 4.13 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100<br>Attn:  Bankruptcy Dept | Line _____<br>☑ Not listed.  Explain:<br>**Taxes** | __ __ __ __ |

Debtor    **ProTech Fire & Security, LLC**                          Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.14 | **Texas Workforce Commission** <br> **PO Box 149037** <br><br> **Austin            TX       78714-9037** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Taxes** | __ __ __ __ |
| 4.15 | **U.S. Attorney's Office** <br> **Southern District of Texas** <br> **1000 Louisiana, Ste. 2300** <br><br> **Houston           TX       77002** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **ProTech Fire & Security, LLC**                                        Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. | **Total claims from Part 1** | 5a. _____ $74,528.77 |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ $991,822.58 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $1,066,351.35 |

05/19/2023 09:59:36am

---

**Fill in this information to identify the case:**

Debtor name    **ProTech Fire & Security, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____    Chapter    **11**

☐ Check if this is an
amended filing

---

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Rental Lease<br>Contract to be ASSUMED | BJMC Properties |
| | | | 28833 Lake Side Green |
| | State the term remaining | | |
| | List the contract number of any government contract | | Magnolia                         TX         77355 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Receivables Agreement<br>Contract to be REJECTED | Itria Ventures, LLC |
| | | | One Penn Plaza |
| | | | Suite 3101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | New York                         NY         10119 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Water Rental Agreement<br>Contract to be REJECTED | PHSI Pure Water Finance |
| | | | 475 Half Day Rd |
| | | | Ste. 450 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Lincolnshire                     IL         60069 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Note<br>Contract to be ASSUMED | SDS |
| | | | 9777 W Gulf Bank Rd Suite 15 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                          TX         77040 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>ProTech Fire & Security, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| *Column 1:*  Codebtor | | *Column 2:*  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1 Garrett Steiger** | **1675 County Rd 327**<br>Number      Street<br><br>**Rockdale**          **TX   76567**<br>City                              State   ZIP Code | **Itria Ventures, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2 Garrett Steiger** | **1675 County Rd 327**<br>Number      Street<br><br>**Rockdale**          **TX   76567**<br>City                              State   ZIP Code | **Itria Ventures, LLC** | ☐ D<br>☐ E/F<br>☑ G |

**Fill in this information to identify the case:**

Debtor Name  **ProTech Fire & Security, LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.......................................................................................

   | $0.00 |
   | --- |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B....................................................................................

   | $453,929.22 |
   | --- |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B.......................................................................................

   | $453,929.22 |
   | --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................

   | $829,791.24 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.....................................

   | $74,528.77 |
   | --- |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................

   | + $991,822.58 |
   | --- |

4. **Total liabilities**
   Lines 2 + 3a + 3b...............................................................................................................

   | $1,896,142.59 |
   | --- |

---

**Fill in this information to identify the case and this filing:**

Debtor Name          **ProTech Fire & Security, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/19/2023**          X **/s/ Garrett Steiger**
       MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                    **Garrett Steiger**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **ProTech Fire & Security, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue
Check all that apply. | Gross revenue
(before deductions and exclusions |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From **01/01/2023**
MM / DD / YYYY | to | Filing date | ☑ Operating a business
☐ Other _____ | **$776,900.15** |
| For prior year: | From **01/01/2022**
MM / DD / YYYY | to | **12/31/2022**
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | **$3,502,046.00** |
| For the year before that: | From **01/01/2021**
MM / DD / YYYY | to | **12/31/2021**
MM / DD / YYYY | ☑ Operating a business
☐ Other _____ | **$3,735,343.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer
*Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **Aldine ISD**
Creditor's name
**14909 Aldine Westfield Rd**
Street

**Houston**    **TX**    **77032**
City     State    ZIP Code | **4/17/2023** | **$7,957.45** | ☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **Taxes** |

05/19/2023 09:59:42am

Debtor   **ProTech Fire & Security, LLC**                                    Case number (if known) _____
         Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Ameripipe Supply, Inc**<br>Creditor's name<br>**8828 Meldrum Ln**<br>Street<br><br>**Houston**      **TX**    **77075**<br>City           State   ZIP Code | **2/6/23**<br>**$3,746.84**<br>**2/14/23**<br>**$536.19**<br>**2/15/23**<br>**$3,220.36**<br>**2/16/23**<br>**$702.67** | **$8,206.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. | **AMEX**<br>Creditor's name<br>**PO BOX 650448**<br>Street<br><br>**DALLAS**      **TX**    **75265**<br>City           State   ZIP Code | **2/21/23**<br>**$4,806.85**<br>**2/28/23**<br>**$13,050.00** | **$17,856.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. | **Anson Smith**<br>Creditor's name<br>**7826 Magna St.**<br>Street<br><br>**Houston**      **TX**    **77093**<br>City           State   ZIP Code | **3/31/23**<br>**$10,000** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Subcontractor** |
| 3.5. | **BCBS**<br>Creditor's name<br>**1001 E. Lookout Drive**<br>Street<br><br>**Richardson**      **TX**    **75082**<br>City           State   ZIP Code | **2/22/23** | **$7,639.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.6. | **BJMC Properties**<br>Creditor's name<br>**28833 Lake Side Green**<br>Street<br><br>**Magnolia**      **TX**    **77355**<br>City           State   ZIP Code | **Monthly**<br>**$3,500** | **$10,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| 3.7. | **Comptroller of Public Accounts**<br>Creditor's name<br>**P.O. Box 149348**<br>Street<br><br>**Austin**      **TX**    **78714-9348**<br>City           State   ZIP Code | **2/27/23** | **$15,465.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

05/19/2023 09:59:42am

Debtor   **ProTech Fire & Security, LLC**                                    Case number (if known) _____
       Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **DMP**<br>Creditor's name<br>**P.O BOX 871000**<br>Street<br><br>**Kansas City**  **MO**  **64187-1000**<br>City  State  ZIP Code | **2/17/23**<br>**$2,122.30**<br>**4/5/23**<br>**$5,596.50** | **$7,718.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.9. | **Itria Ventures, LLC**<br>Creditor's name<br>**One Penn Plaza**<br>Street<br>**Suite 3101**<br><br>**New York**  **NY**  **10119**<br>City  State  ZIP Code | **2/10/23,**<br>**2/17/23,2/2**<br>**4/23,**<br>**3/3/23,**<br>**3/10/23,**<br>**3/17/23,**<br>**3/24/23**<br>**$8,680.56**<br>**each** | **$60,763.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.10. | **Napco**<br>Creditor's name<br>**3333 Bayview Ave**<br>Street<br><br>**Amityville**  **NY**  **11701**<br>City  State  ZIP Code | **2/17/23**<br>**$5,104.29**<br>**3/30/23**<br>**$2,685.55**<br>**4/7/23**<br>**$2,694.35** | **$10,484.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.11. | **Quickbooks**<br>Creditor's name<br>**2800 E Commerce Center Place**<br>Street<br><br>**Tucson**  **AZ**  **85706**<br>City  State  ZIP Code | **4/2023**<br>**$42,355**<br>**3/2023**<br>**$98,134.24**<br>**2/2023**<br>**$91,743.26** | **$232,232.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.12. | **Ryan & Dawson Attorneys at Law**<br>Creditor's name<br>**770 S. Post Oak Lane, Ste. 600**<br>Street<br><br>**Houston**  **TX**  **77056**<br>City  State  ZIP Code | **2/20/23**<br>**$3,200**<br>**3/21/23**<br>**$3,200**<br>**4/20/23**<br>**$3,200**<br>**5/18/23**<br>**$3,200** | **$12,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

Debtor    **ProTech Fire & Security, LLC**                                    Case number (if known) _____
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13. **SDS**<br>Creditor's name<br>**9777 W Gulf Bank Rd Suite 15**<br>Street<br><br>**Houston**      **TX**    **77040**<br>City         State    ZIP Code | **2/13/23**<br>**$2,098.70**<br>**2/16/23**<br>**$3,473.77**<br>**2/21/23**<br>**$3,625.00**<br>**2/24/23**<br>**$1,723.75**<br>**3/16/23**<br>**$1,853.77**<br>**4/16/23**<br>**$1,573.00** | **$14,347.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.14. **SecureComm Wireless**<br>Creditor's name<br>**PO Box 872229**<br>Street<br><br>**Kansas City**    **MO**    **64187-2229**<br>City        State    ZIP Code | **2/21/23**<br>**$12,425.10**<br>**3/30/23**<br>**$953.07** | **$13,378.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.15. **Summit Alarm Systems, Inc.**<br>Creditor's name<br>**8950 Westpark Dr Ste 104**<br>Street<br><br>**Houston**      **TX**    **77063-5556**<br>City        State    ZIP Code | **2/17/23**<br>**$3,000**<br>**2/24/23**<br>**$2,500**<br>**3/3/23**<br>**$2,500** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.16. **United Central Control**<br>Creditor's name<br>**PO Box 836**<br>Street<br><br>**Williamstown**    **NJ**    **08094**<br>City        State    ZIP Code | **2/21/23**<br>**$8,964.12**<br>**4/7/23**<br>**$4,578.13**<br>**4/26/23**<br>**$4,342.88** | **$17,885.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.17. **Viking SupplyNet**<br>Creditor's name<br>**6911 Fairbanks N. Houston Rd.**<br>Street<br><br>**Houston**      **TX**    **77040**<br>City        State    ZIP Code | **3/29/23** | **$15,294.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **ProTech Fire & Security, LLC**        Case number (if known) _____
     Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18. **WEX Fleet Universal**<br>Creditor's name<br>**PO Box 639**<br>Street<br><br>**Portland**   **ME**   **04104**<br>City   State   ZIP Code | **2/22/23**<br>**$6,379.61**<br>3/16/23<br>**$6,567.05**<br>4/18/23<br>**$5,986.77** | **$18,933.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **Creditor's name and address**<br>3.19. **Ally Financial**<br>Creditor's name<br>**P.O. Box 9001948**<br>Street<br><br>**Louisville**   **KY**   **40290-1948**<br>City   State   ZIP Code | **Dates**<br>**2/20/23** | **Total amount or value**<br>**$7,465.94** | **Reasons for payment or transfer**<br>*Check all that apply*<br>☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **Creditor's name and address**<br>3.20. **US Small Business Administration**<br>Creditor's name<br>**14925 Kingsport Rd**<br>Street<br><br>**Fort Worth**   **TX**   **76155**<br>City   State   ZIP Code | **Dates**<br>**Monthly**<br>**$2,445** | **Total amount or value**<br>**$7,335.00** | **Reasons for payment or transfer**<br>*Check all that apply*<br>☑ Secured debt<br>☐ Unsecured loan<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **Creditor's name and address**<br>3.21. **Comptroller of Public Accounts**<br>Creditor's name<br>**P.O. Box 149348**<br>Street<br><br>**Austin**   **TX**   **78714-9348**<br>City   State   ZIP Code | **Dates**<br>**2/27/23**<br>**$15,465.11**<br>5/17/23<br>**$1,226.23** | **Total amount or value**<br>**$16,691.34** | **Reasons for payment or transfer**<br>*Check all that apply*<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Debtor | **ProTech Fire & Security, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Aegis Life Safety, LLC vs. ProTech Fire & Security, LLC** | **Non-jury trial 8/28/23 Default Judgment 5/4/2023** | **County Civil Court at Law No. 1** <br> Name <br><br> Street <br><br><br> City       State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **1200936** | | | |
| 7.2. | **Aldine ISD vs. Protech Fire & Security, LLC** | **Taxes- 4/25/2023 Paid $7,955.45** | **151st District Court Harris County** <br> Name <br><br> Street <br><br><br> City       State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **2023-10718** | | | |
| 7.3. | **Chad M. Webb v. Protech Fire & Security, LLC** | **Age Discrimination In Employment Act** | **Southern District of Texas** <br> Name <br><br> Street <br><br><br> City       State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **4:23-cv-00718** | | | |

Debtor   **ProTech Fire & Security, LLC**                                Case number (if known)   _____
_____
Name

|  | | | | |
|---|---|---|---|---|
| 7.4. | **Case title**<br>**Itria Ventures LLC v. Protech**<br>**Fire & Security, LLC and**<br>**Garrett Sherman Steiger** | **Nature of case**<br>**Breach of Contract** | **Court or agency's name and address**<br><u>**284th District Court, Montgomery Cty**</u><br>Name | **Status of case**<br>☑ Pending |
| | | | _____<br>Street | ☐ On appeal |
| | **Case number**<br><u>**23-04-05193**</u> | | _____ | ☐ Concluded |
| | | | _____<br>City                           State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| 11.1. | **Cooper & Scully, P.C.** | **Attorney Fees: $10,000** | **03/28/2023** | **$11,738.00** |
| | | **Court Filing Fee: $1,738** | | |
| | **Address** | | | |
| | **815 Walker St., Suite 1040**<br>Street | | | |
| | _____ | | | |
| | **Houston**             **TX**   **77002**<br>City                State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.cooperscully.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

Debtor   __**ProTech Fire & Security, LLC**_____   Case number (if known) _____
         Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the
debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or
financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this
statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **GIVEMETHEVIN** | **2021 Ford F150 Super Cab Vin# 1FTEX1CP6MKE74688- Paid off Ally Financial Acct# 228064694981 in the amount of $29,999.12** | **5/15/2023** | **$30,100.00** |
| | **Address** | | | |
| | **8721 Airport Freeway** | | | |
| | Street | | | |
| | **North Richland Hills    TX    76180** | | | |
| | City                     State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| 13.2. | **GIVEMETHEVIN** | **2021 Ford F150 Vin# 1FTEW1CP8MKD65149- Paid off Ford Motor Credit Company Acct# 60229735 F150 in the amount of $28,386.36** | **5/15/2023** | **$28,400.00** |
| | **Address** | | | |
| | **8721 Airport Freeway** | | | |
| | Street | | | |
| | **North Richland Hills    TX    76180** | | | |
| | City                     State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| 13.3. | **GIVEMETHEVIN** | **2018 Ford F150 Crew Cab XL 156,891 miles** | **5/18/2023** | **$12,000.00** |
| | **Address** | | | |
| | **8721 Airport Freeway** | | | |
| | Street | | | |
| | **North Richland Hills    TX    76180** | | | |
| | City                     State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor   __ProTech Fire & Security, LLC__                                    Case number (if known)   _____
              Name

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained   _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☑ Yes.  Fill in below:

   **Name of plan**                                    **Employer Identification number of the plan**

   __Nova 401K__                                     EIN: _2_  _6_ – _0_  _5_  _0_  _2_  _6_  _5_  _5_

   Has the plan been terminated?
   ☑ No
   ☐ Yes

Debtor     __**ProTech Fire & Security, LLC**_____          Case number (if known) _____
                    Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.   Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.   Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.   Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

05/19/2023 09:59:43am

Debtor   **ProTech Fire & Security, LLC**                                    Case number (if known) _____
         Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Stephanie Talbott** <br> Name <br> **5902 Caldicole St** <br> Street | | From | **2007** | To | **1/27/2023** |
| | **Humble**    TX    **77346** <br> City    State    ZIP Code | | | | | |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.2. | **Linda Martinez** <br> Name <br> **8906 Village Hills Drive** <br> Street | | From | **2018** | To | **Present** |
| | **Spring**    TX    **77379** <br> City    State    ZIP Code | | | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.1. | **German & Cohn, PC** <br> Name <br> **745 Heights Blvd** <br> Street | | From | **2007** | To | **Present** |
| | **Houston**    TX    **77007** <br> City    State    ZIP Code | | | | | |

05/19/2023 09:59:43am

| Debtor | **ProTech Fire & Security, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

&#9745; None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

&#9745; None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

&#9745; No.

&#9744; Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Garrett Steiger** | **1675 County Rd 327 Rockdale, TX 76567** | **Owner** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

&#9745; No

&#9744; Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

&#9744; No

&#9745; Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Garrett Steiger** | $119,600.00 | 5/26/2022- 5/19/2023 | **Salary** |
| | Name | | | |
| | **1675 County Rd 327** | | | |
| | Street | | | |
| | **Rockdale          TX     76567** | | | |
| | City          State   ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

&#9745; No

&#9744; Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

&#9745; No

&#9744; Yes.  Identify below.

Debtor    **ProTech Fire & Security, LLC**                                    Case number (if known) _____
          Name

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/19/2023**
             MM / DD / YYYY

**X** **/s/ Garrett Steiger**                                          Printed name **Garrett Steiger**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

05/19/2023 09:59:44am

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re **ProTech Fire & Security, LLC**

Case No.  _____

Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..........................Hourly: Estimated Total   __**$50,000.00**__

Prior to the filing of this statement I have received......................................................   __**$10,000.00**__

Balance Due...........................................................Hourly: Approximately   __**$40,000.00**__

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| __05/19/2023__ | __/s/ Julie M. Koenig__ | |
|---|---|---|
| *Date* | *Julie M. Koenig* | Bar No.  14217300 |
| | Cooper & Scully, P.C. | |
| | 815 Walker St. | |
| | Suite 1040 | |
| | Houston, TX 77002 | |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 | |

</div>


__/s/ Garrett Steiger__

*Garrett Steiger*
*President*

| Fill in this information to identify the case: |
| --- |

Debtor name  **ProTech Fire & Security, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Small Business Administration 14925 Kingsport Rd Fort Worth, TX 76155 | | Loan | | $500,000.00 | $209,169.42 | $290,830.58 |
| 2 | Itria Ventures, LLC One Penn Plaza Suite 3101 New York, NY 10119 | | Unauthorized Loan | Contingent Unliquidated Disputed | | | $268,923.43 |
| 3 | EST - Edwards P.O BOX 90370 CHICAGO, IL 60696-0370 | | Business Account | | | | $101,437.77 |
| 4 | Chrysler Captial P.O. Box 660335 Dallas, TX 75266 | | Auto | | $85,031.44 | $0.00 | $85,031.44 |
| 5 | Comptroller of Public Accounts P.O. Box 149348 Austin, TX 78714-9348 | | Taxes | | | | $74,528.77 |

Debtor   **ProTech Fire & Security, LLC**                          Case number (if known) _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Lone Star System Supply 4601 S Pinemont Dr. Suite 100 Houston, TX 77041 | | Business Account | | | | $70,082.98 |
| 7   Sunbelt Rentals PO Box 409211 Atlanta, GA 30384-9211 | | | | | | $54,235.83 |
| 8   SDS 9777 W Gulf Bank Rd Suite 15 Houston, TX 77040 | | Business Account | | | | $48,010.61 |
| 9   ADI P.O BOX 731340 Dallas, TX 75373-1340 | | Business Account | | | | $47,674.38 |
| 10   Veritex Community Bank 8214 Westchester Drive Suite 800 Dallas, TX 75225 | | PPP Loan | | | | $39,855.04 |
| 11   AEGIS Life Safety, LLC. 2934 Cherry Mill Court Houston, TX 77059 | | Business Account | | | | $38,400.00 |
| 12   United Rentals P.O. Box 840514 Dallas, TX 75284-0514 | | | | | | $32,028.52 |
| 13   Alarmax 350 W. 38th St. Houston, TX 77018 | | Business Account | | | | $30,119.75 |

Debtor   **ProTech Fire & Security, LLC**_____   Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Wells Fargo Business Card PO Box 54349 Pmt Remittance Center Los Angeles, CA 90054-0349 | | Business Account | | | | $28,631.02 |
| 15  ACT Pipe & Supply, Inc. 6900 W. Sam Houston Pkwy N. Houston, TX 77041 | | Business Account | | | | $23,000.15 |
| 16  Reliable P.O. Box 28095 New York, NY 10087-8095 | | Business Account | | | | $19,991.49 |
| 17  HCTRA EZ TAG PO Box 4440 Dept 8 Houston, TX 77210-4440 | | Business Account | | | | $18,225.59 |
| 18  The Rosenblatt Law Firm, P.C. 16719 Huebner Rd. Bldg 1 San Antonio, TX 78248 | | | | | | $18,210.00 |
| 19  ScanSource PO Box 730987 Dallas, TX 75373-0987 | | Business Account | | | | $17,790.78 |
| 20  Standard Fire Solutions, LLC. 15010 Breezy Forest Lane Cypress, TX 77433 | | Business Account | | | | $13,345.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **ProTech Fire & Security, LLC**                           CASE NO

                                                                 CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/19/2023 _____          Signature  **/s/ Garrett Steiger** _____
                                                          **Garrett Steiger**
                                                          **President**

Date _____          Signature _____

Accu-Tech
P.O Box 840781
Dallas, TX 75284


ACT Pipe & Supply, Inc.
6900 W. Sam Houston Pkwy N.
Houston, TX 77041


ADI
P.O BOX 731340
Dallas, TX 75373-1340


Advantage Interests Inc
7840 W Little York Rd
Houston, TX 77032


AEGIS Life Safety, LLC.
2934 Cherry Mill Court
Houston, TX 77059


AFA Systems, Inc.
4719 Ingersoll St.
Houston, TX 77027


AFP Alarm & Detection LP
2003 Mykawa Rd.
Pearland, TX 77581


Alarmax
350 W. 38th St.
Houston, TX 77018


Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948

Ameripipe Supply, Inc
8828 Meldrum Ln
Houston, TX 77075


ARGCO
PO Box 1899
Vista, CA 92085-1899


Ark Fire Services
9906 Channel Set Way
Rosharon, TX 77583


Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


BJMC Properties
28833 Lake Side Green
Magnolia, TX 77355


Chrysler Captial
P.O. Box 660335
Dallas, TX 75266


Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348


Core&Main
5805 Thomas Rd
Houston, TX 77041

```
Corporation Service Company
PO Box 2576
Springfield, IL 62708


Dell Financial Services
PO Box 5275
Carol Stream, IL 60197-5275


DMP
P.O BOX 871000
Kansas City, MO 64187-1000


Elliott Electric Supply
2526 North Stallings Dr. P.O. Box 630610
Nacogdoches, TX 75963-0610


Ely's Professional Cleaning Service
30010 Turriff Circle
Magnolia, TX 77354


EST - Edwards
P.O BOX 90370
CHICAGO, IL 60696-0370


FedEx
P.O Box 660481
Dallas, TX 75266-0481


Ford Credit
P.O. Box 650575
Dallas, TX 75265-0575


Fort Bend County Toll Road Authority
P.O. Box 622002
Dallas, TX 75262-2002
```

Garrett Steiger
1675 County Rd 327
Rockdale, TX 76567


Genetec
2280 Alred-Nobel Blvd
Montreal, QC H4S 2A4, Canada


German & Cohn, P.C.
745 Heights Blvd.
Houston, TX 77007


Harris County
c/o John Dillman
PO Box3064
Houston, TX  77253-3064


HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064


HCTRA EZ TAG
PO Box 4440 Dept 8
Houston, TX 77210-4440


Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030

```
IRS
PO BOX 149047
AUSTIN, TX  78714



IRS
8701 S. GESSNER
HOUSTON, TX  77074



Itria Ventures, LLC
One Penn Plaza
Suite 3101
New York, NY 10119



Jonathan Gitlin
1 Penn Plaza
45th Floor
New York, NY 10119



Kasowitz Benson Torres LLP
1415 Louisiana St
Suite 2100
Houston, TX 77002



Knight Security
P.O. Box 543292
Dallas, TX 75354



Linebargar Goggan Blair & Sampson, LLP
4828 Loop Central Drive Suite 600
Houston, TX 77081



Lone Star System Supply
4601 S Pinemont Dr. Suite 100
Houston, TX 77041



Lowes Home Improvement Store
P.O Box 965054
Orlando, FL 32896-5054
```

Murray Lobb PLLC
2200 Space Park Drive
Ste. 350
Houston, TX 77058


Nova 401(k) Associates
10777 Northwest Frwy Suite 440
Houston, TX 77092


PennCredit Corp
2800 Commerce Drive P.O Box 69703
Harrisburg, PA 17106-9703


PHSI Pure Water Finance
475 Half Day Rd
Ste. 450
Lincolnshire, IL 60069


PierConSolutions
63 Beaver Brook Rd Suite 201
Lincoln Park, NJ 07035


Reliable
P.O. Box 28095
New York, NY 10087-8095


RingCentral
P.O. Box 734232
Dallas, TX 75373


ScanSource
PO Box 730987
Dallas, TX 75373-0987


SDS
9777 W Gulf Bank Rd Suite 15
Houston, TX 77040

SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


Specialty Fire Services
8527 Sagestone Ct
Houston, TX 77095


Standard Fire Solutions, LLC.
15010 Breezy Forest Lane
Cypress, TX 77433


Summit Alarm Systems, Inc.
8950 Westpark Dr Ste 104
Houston, TX 77063-5556


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Telular Corporation
P.O. Box 74007421
Chicago, IL 60674-7421


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept


Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037


The Rosenblatt Law Firm, P.C.
16719 Huebner Rd. Bldg 1
San Antonio, TX 78248

Thomas Dunkel Law, PLLC
c/o Chad M. Webb
2600 South Shore Blvd
Ste. 300
League City, TX 77573

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

United Rentals
P.O. Box 840514
Dallas, TX 75284-0514

US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155

Veritex Community Bank
8214 Westchester Drive
Suite 800
Dallas, TX 75225

Victory Fire & Gas Inc
1713 Lewis St.
Bay City, MI 48706

Viking SupplyNet
6911 Fairbanks N. Houston Rd.
Houston, TX 77040

Wells Fargo Business Card
PO Box 54349 Pmt Remittance Center
Los Angeles, CA 90054-0349

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                                              CHAPTER    **11**

**ProTech Fire & Security, LLC**


DEBTOR(S)                                                                         CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Garrett Steiger<br>1675 County Rd 327<br>Rockdale, TX 76567 | | 100 | Common |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.



Date:__**5/19/2023**_____          Signature:__**/s/ Garrett Steiger**_____
                                                                          *Garrett Steiger*
                                                                          **President**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **ProTech Fire & Security, LLC**                    CASE NO

                                                           CHAPTER    **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:        **$3,365,678.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:        **$84,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$39,312.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$965.28** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$6,000.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$3,500.00** |
| 11. Utilities: | **$2,012.79** |
| 12. Office Expenses and Supplies: | **$150.00** |
| 13. Repairs and Maintenance: | **$1,000.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$500.00** |
| 18. Insurance: | **$4,826.04** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
| **Ford Motor Credit** | **$1,236.29** |
| **SBA** | **$2,445.00** |
| **SBA** | **$679.00** |
| **Veritex PPP Loan** | **$1,189.22** |
| **WEX Fleet** | **$5,000.00** |
| 21. Other (Specify): | |
| **Auto Cad for Drawings** | **$350.00** |
| **Finance Software** | **$700.00** |
| **Equipment Rental and Leases- Cost for RMR** | **$9,171.18** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$79,036.80** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):        **$4,963.20**